

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 27, 2012

**BY HAND**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Andrew Bartok</u>,
             S3 10 Cr. 510 (CS)

Dear Judge Seibel:

    After conferring with Bartok's defense counsel and obtaining her consent, the Government proposes the following revision to the motion schedule. The Government proposes that defense motions be due on March 2, 2012, the Government's response be due on March 16, 2012, and the defense reply brief be due on March 23, 2012. Defense counsel has requested that oral argument or a decision on the motions occur during the first week of April 2012.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney

                 By: John P. Collins, Jr
                     Assistant United States Attorney
                     (914) 993-1919

cc:    Amy Attias, Esq.
       Steven Altman, Esq.
       Domenick Porco, Esq

---

*Handwritten annotation by Judge:*

Unfortunately this proposal does not work for the Court. I can move argument and ruling to 3/29/12 at 9:30 am, but the motions must be fully submitted by 3/16. If the parties can work out a schedule that suits them ~~[crossed out]~~ and has all papers to me by 5 pm on 3/16, it's okay with me. Please advise.

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 1/30/12

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/12