DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES,

        -against-                       **NOTICE OF INTENT TO PRESENT EXPERT MEDICAL TESTIMONY**

                                         Case No. 7:10-cr-00510-CS

ANDREW BARTOK,
                      Defendant.
------------------------------------------X

      **PLEASE TAKE NOTICE**, by his Attorney, Dawn M. Florio, and pursuant to Fed. R. Crim. P. 12.2(b), Defendant, Andrew Bartok, intends to present expert medical testimony relating to Defendant's mental state, which bears on the issue of Mr. Bartok's guilt.

      **PLEASE TAKE NOTICE**, Defense counsel recently obtained a HIPAA release to speak with Defendant's physician who will not be available till next week. Defense counsel, with the Court's permission, will supplement this Notice after conferring with Mr. Bartok's physician regarding this matter.

Dated: New York, New York
       September 14, 2012

                                                   Respectfully Submitted,

                                                   */s/ Dawn M. Florio*

                                                  Dawn M. Florio, Esq.
                                                  Attorney for Defendant
                                                  Dawn M. Florio Law Firm PLLC
                                                  3604 Broadway
                                                  New York, New York 10031
                                                  Office: 212 939-9539
                                                  Fax: 212 939-9533
                                                  Cell: 646-210-5373