# Dawn M. Florio Law Firm PLLC

ATTORNEYS & COUNSELORS AT LAW

| 185 ENGLE STREET<br>ENGLEWOOD, NJ 07631<br><br>NY, NJ & DC | 3604 BROADWAY<br>NEW YORK, NY 10031<br>TEL: (212) 939-9539<br>FAX: (212) 939-9533<br>DAWNMFLORIO@YAHOO.COM | 9 WEST PROSPECT AVENUE<br>SUITE 208<br>MT. VERNON, NY 10550 |
|---|---|---|

September 26, 2012

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Andrew Bartok**
    S4 10 Cr. 510 (CS)

Dear Judge Seibel:

The defendant will not be submitting any Requests to Charge, other than to ask that the Court give the standard charge on the defendant testifying or not testifying, dependent on Mr. Bartok's election. Particular disagreements over language will be discussed with the government, and I hope to resolve most of those disagreements.

I respectfully ask to address whatever issues cannot be resolved between the parties at Monday's pre-trial conference.

Sincerely,

Dawn M Florio

Dawn Florio

cc: John Collins, Esq.
    Jeffrey Alberts, Esq.
    Assistant United States Attorneys



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

