UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

USA

                    Plaintiff,

Case No.  S4 10-CR-510 (CS)

-against-

ANDREW BARTOK

                    Defendant.

-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## DAWN M. FLORIO, ESQ
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DF6231      My State Bar Number is 2277176

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  DAWN M. CARDI & ASSOCIATES
               FIRM ADDRESS:  3604 BROADWAY, NEW YORK, NY 10031
               FIRM TELEPHONE NUMBER:  212.939.9539
               FIRM FAX NUMBER:  212.939.9533

NEW FIRM:    FIRM NAME:  DAWN M. FLORIO LAW FIRM PLLC
               FIRM ADDRESS:  3604 BROADWAY, NEW YORK, NY 10031
               FIRM TELEPHONE NUMBER:  212.939.9539
               FIRM FAX NUMBER:  212.939.9533

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge _____.

Dated: 10/03/2012

_____
ATTORNEY'S SIGNATURE