UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA              :

           -v.-                       :

ANDREW BARTOK,                        :
      a/k/a "Drew Bartok,"                          ORDER
                                      :            10-CR-510 (CS)
                    Defendants.
                                      :

-------------------------------------------------------x

Seibel, J.

     The Court understands that medical personnel at the Westchester County Jail have arranged a third neurological appointment for Defendant Bartok for October 15, 2012. Because Mr. Bartok has refused to attend the previous two appointments and because it is possible that the appointment may reveal a condition requiring prompt treatment, it is hereby ORDERED, by and with the consent of Mr. Bartok and his counsel, that if Mr. Bartok does not cooperate in attending the scheduled appointment on October 15, 2012, Jail personnel may use reasonable force to require him to attend.

SO ORDERED.

Dated: October 12, 2012
      White Plains, New York

CATHY SEIBEL, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/12